UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

          Plaintiff,

   v.

WARDEN,

          Defendant.

Case No. 24-cv-00370-JSW

**ORDER OF DISMISSAL**

Petitioner, a California prisoner on death row, has filed document entitled "fraud on the court, fraud on the petitioner pursuant to Federal Rules of Civil Procedure Rule 60(d)(3) in an independent action for ac[t]ual innocence." (ECF No. 1.) Because Petitioner seeks relief from his conviction or sentence, it was opened as a new case seeking federal habeas relief. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 30, 2024

JEFFREY S. WHITE
United States District Judge